## Commonwealth ex rel. Phillips, Appellant, v. Myers.

Argued September 18, 1964. *Gerald E. Ruth,* for appellant; *Lewis H. Markowitz,* Assistant District Attorney, with him *Daniel W. Shoemaker,* District Attorney, for appellee.

Orders affirmed.

FLOOD, J., would remand for a hearing on the writ.

## Commonwealth ex rel. Robinson, Appellant, v. Myers.

Submitted September 14, 1964. *David Robinson,* appellant, in propria persona; *Abner H. Silver,* Assistant District Attorney, *Thomas M. Reed,* Chief Assistant District Attorney, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.